

**UNITED STATED DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

JOSEPH NAURACY, JR.,                    )

Plaintiff(s)                    )

V.                    )          Civil Action No.    2:13 CV280 RLM

SEBOS NURSING AND REHAB                    )

Defendant(s)                    )

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____ .

_____

☒ other:   This case is DISMISSED for non-payment of the filing fee. _____

_____

_____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge    Robert L. Miller, Jr.    _____

_____

_____ .

Date    October 02, 2013

*CLERK OF COURT*

/s/ Kim Pastrick
_____

*Signature of Clerk or Deputy Clerk*